

# Fourth Court of Appeals
## San Antonio, Texas

July 20, 2018

No. 04-18-00459-CR

Victor **RIGGAN**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law, Kerr County, Texas
Trial Court No. CR171327
Honorable Susan Harris, Judge Presiding

# O R D E R

The court reporter responsible for preparing the reporter's record in this appeal has filed a notification of late record, stating that the appellant has failed to pay or make arrangements to pay the fee for preparing the reporter's record.

We, therefore, ORDER appellant to provide written proof to this court on or before **July 30, 2018** that either (1) the reporter's fee has been paid or arrangements have been made to pay the reporter's fee; or (2) appellant is entitled to appeal without paying the reporter's fee. If appellant fails to respond on or before **July 30, 2018**, appellant's brief will be due within thirty days from the date of this order, and the court will only consider those issues or points raised in appellant's brief that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c).

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of July, 2018.



Keith E. Hottle
Clerk of Court